UNITED STATES of America,
Plaintiff–Appellee,

v.

Jose Guadalupe BLANCO–GALLEGOS,
Defendant–Appellant.

No. 00–50514.

D.C. No. CR–96–02408–MLH.

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 10, 2001.[*]

Decided Sept. 21, 2001.

---

1. All outstanding motions are denied.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before HUG, PREGERSON, and WARDLAW, Circuit Judges.

### MEMORANDUM **

Jose Guadalupe Blanco–Gallegos appeals his fifty-one month sentence imposed following remand for resentencing in *United States v. Blanco–Gallegos*, 188 F.3d 1072 (9th Cir.1999). Blanco–Gallegos was convicted by jury trial for attempting to reenter the United States after deportation, in violation of 8 U.S.C. § 1326. We have jurisdiction pursuant to 28 U.S.C. § 1291 and 18 U.S.C. § 3742, and we affirm.

Blanco–Gallegos contends that under *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), the existence and nature of a prior felony conviction used to enhance his sentence must be charged in the indictment and proved beyond a reasonable doubt. Blanco–Gallegos also contends that *Ap-*

prendi limited *Almendarez–Torres v. United States*, 523 U.S. 224, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998) to its unique facts, and that 8 U.S.C. § 1326(b)(2) facially violates the Fifth and Sixth Amendments of the United States Constitution.

Contrary to Blanco–Gallegos' assertions, all of his contentions are foreclosed by our decisions in *United States v. Pacheco–Zepeda*, 234 F.3d 411, 414 (9th Cir.), *cert. denied*, 532 U.S. 966, 121 S.Ct. 1503, 149 L.Ed.2d 388 (2001), and *United States v. Fresnares–Torres*, 235 F.3d 481, 482 (9th Cir.2000), *cert. denied*, 532 U.S. 966, 121 S.Ct. 1503, 149 L.Ed.2d 388 (2001). *See also United States v. Castillo–Rivera*, 244 F.3d 1020, 1024–25 (9th Cir.2001); and *United States v. Arellano–Rivera*, 244 F.3d 1119, 1127 (9th Cir.2001).

AFFIRMED.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.